IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                PLAINTIFF

v.                                    No. 3:15-cv-253-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center; and
LARRY MILLS, Sheriff, Poinsett County                                      DEFENDANTS

ORDER

Addison moves to proceed *in forma pauperis* in this § 1983 action. Before filing this lawsuit, Addison had more than three cases dismissed for failing to state a claim. *E.g., Addison v. Martin et al.*, 3:15-cv-1-JM; *Addison v. Martin et al.*, 3:15-cv-96-DPM; *Addison v. Muse*, 3:15-cv-133-JM. Thus, he is a three-striker. 28 U.S.C. § 1915(g). The imminent-danger exception may apply: it depends on what kind of big spiders allegedly infest the Poinsett County Detention Center. Addison must supplement his complaint with details by 11 September 2015. If he does not, or if the details don't establish imminent danger of serious physical injury, then his complaint will be dismissed without prejudice for failure to pay the $400 filing and administrative fees.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 August 2015