IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                               PLAINTIFF

v.                              No. 3:15-cv-253-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center; and
LARRY MILLS, Sheriff, Poinsett County                         DEFENDANTS

ORDER

Addison hasn't provided details about spiders in the Poinsett County Detention Center, and the time to do so has passed. № 3. Because he hasn't shown he's in imminent danger of serious physical injury, his complaint will be dismissed without prejudice for failure to pay the filing fee. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 September 2015