IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON      PLAINTIFF

v.      No. 3:15-cv-253-DPM

JOEY MARTIN, Administrator,
Poinsett County Detention Center; and
LARRY MILLS, Sheriff, Poinsett County      DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.


*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 September 2015